IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICK COSGROVE,<br>    *Plaintiff*,<br><br>  v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION *doing business as* AMTRAK,<br>    *Defendant*. | :<br>:<br>:<br>: CIVIL ACTION<br>: NO. 23-4380<br>:<br>:<br>:<br>:<br>: |

### ORDER

AND NOW, this **18th** day of **March, 2025**, upon consideration of the Motion for Partial Dismissal of Plaintiff's Complaint (ECF No. 11) filed by Defendant National Railroad Passenger Corporation d/b/a Amtrak, Plaintiff's Response (ECF No. 14), and Defendant's Reply (ECF No. 15), it is hereby **ORDERED** that the Motion is **GRANTED.**

BY THE COURT:

_____
HON. KAI N. SCOTT
United States District Court Judge