IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICK COSGROVE,<br><br>               Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION *doing business as* AMTRAK,<br><br>               Defendants. | CIVIL ACTION NO.: 2:23-CV-4380-KNS |

**JOINT STIPULATION FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S AMENDED COMPLAINT**

It is hereby stipulated and agreed by and between the attorneys for Plaintiff, Patrick Cosgrove, and the attorneys for Defendant, National Railroad Passenger Corporation d/b/a Amtrak, that the time for Defendant to answer Plaintiff's Amended Complaint be extended for a period of one (1) week, to and including April 8, 2025.

| | |
|---|---|
| */s/ David Koller* | */s/ Stephanie Peet* |
| David Koller | Stephanie J. Peet |
| Koller Law LLC | Jackson Lewis P.C. |
| 2043 Locust Street, Suite 1B | 1601 Cherry St., Suite 1350 |
| Philadelphia, PA 19103 | Philadelphia, PA 19103 |
| T: (215) 545-8917 | T: (267) 319-7802 |
| davidk@phillyhometownlawyer.com | Stephanie.Peet@jacksonlewis.com |
| | |
| DATED:  March 21, 2025 | DATED:  March 21, 2025 |

BY THE COURT:

**SO ORDERED**

_____
Hon. Kai N. Scott
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served a true and correct copy of the foregoing Joint Stipulation for Extension of Time to Answer Plaintiff's Amended Complaint upon all counsel of record, via the Court's electronic filing system, this 21st day of March 2025.

    Respectfully Submitted,

    **JACKSON LEWIS P.C.**

    By: */s/ Stephanie Peet*
        Stephanie J. Peet, Esq.